**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                            NO. 4:07CR00034-01 JLH

LEWIS CHARLES WALLACE                                                    DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Lewis

Charles Wallace's supervised release. Document #34. The government has also requested that a

summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is

scheduled to begin on **WEDNESDAY, MARCH 26, 2014, at 10:15 A.M.**, in Courtroom #4-D,

Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock,

Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a

summons for defendant **LEWIS CHARLES WALLACE** and deliver to the United States Marshal

for service.

Assistant Federal Public Defender Lisa Peters is hereby appointed to represent defendant

during revocation proceedings.

IT IS SO ORDERED this 17th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE