**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.  NO. 4:07CR00034-01 JLH | |
| LEWIS CHARLES WALLACE | DEFENDANT |

**ORDER**

The Court conducted a hearing on Wednesday, March 26, 2014, to address the pending motion to revoke supervised release. Assistant United States Attorney Edward Walker was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa Peters. United States Probation Officer Amber Dunn was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motion to revoke. Following statements from counsel and the defendant, the Court found that the motion to revoke should be DENIED, and instead determined that defendant's current conditions of supervised release should be modified. Document #34.

IT IS THEREFORE ORDERED that defendant Lewis Charles Wallace's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program under the direction of the United States Probation Office for a period of time to be determined.

- Upon successful completion of the in-patient substance abuse treatment program, defendant may be required to enter a chemical-free living program as directed by the United States Probation Office.

- The defendant must participate in mental health treatment as directed by the United States Probation Officer.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 26th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE