FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 5 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:07CR00034-01 JLH | |
| LEWIS CHARLES WALLACE | | DEFENDANT |

## JUDGMENT and COMMITMENT ORDER

Court convened on Friday, September 25, 2015, for a hearing on the government's motion to revoke supervised release of defendant Lewis Charles Wallace. Document #39. Assistant United States Attorney Edward O. Walker was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa G. Peters.

At the onset of the hearing, the defendant admitted some allegations in the motion to revoke and denied some of the allegations. Following witness testimony and argument from counsel, the motion to revoke was granted. Document #39.

IT IS THEREFORE ORDERED that the defendant is sentenced to TIME SERVED and ordered released from the custody of the United States Marshals Service on this charge. Supervised release is reimposed and will expire March 3, 2016.

All conditions of supervised release previously imposed remain in full force and effect for the duration of defendant's term of supervision.

IT IS SO ORDERED this 25th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE